FILED

02/12/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0125

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0125

_____

IN THE MATTER OF THE ESTATE OF

ESTEL NEVEN ZUGG,                                        O R D E R

     Deceased.


_____


     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Benjamin L. Fosland, District Judge.

For the Court,

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
February 12 2025